AMERICAN CASE AND REGISTER COMPANY, Appellant, *v.* MARTHA B. GRISWOLD et al., Respondents.

*American Case & Register Co.* v. *Griswold*, 145 App. Div. 901, affirmed.
(Argued October 30, 1912; decided November 19, 1912.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department,

entered May 19, 1911, affirming a judgment in favor of defendants entered upon a verdict directed by the court in an action to recover for an alleged breach of contract.

*J. Sanford Potter* for appellant.

*O. A. Dennis* for respondents.

Judgment affirmed, with costs, on opinion of KELLOGG, J., in *American Case & Register Co.* v. *Griswold* (143 App. Div. 807).

Concur: GRAY, WERNER, WILLARD BARTLETT, HISCOCK, CHASE and COLLIN, JJ. Absent: CULLEN, Ch. J.